# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re:                                   )
                                         )     Case No.  08-17391
PANACEA PARTNERS, LLC                    )     Chapter 11
                                         )     Hon. Wedoff
                                         )
        Debtor and Debtor-in-Possession. )

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. Sec. 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. Sec. 112 and Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address, including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| IRS 230 S DEARBORN ST CHICAGO, IL 60640 | Glen Davis | FED TAX AND FICA/MED | unliquidated | $750,000 (est.) |
| RIVER EAST PLAZA 401 EAST ILLINOIS SUITE 324 CHICAGO, IL 60611 | Felice Rose Schiff Hardin LLP 6600 Sears Tower Chicago, IL 60606-6473 312-258-5763 312-258-5600 (fax) | Rent | unliquidated | $236,000 |
| ILLINOIS DEPARTMENT OF REVENUE STATE OF ILLINOIS BLDG CHICAGO, IL 60611 | Veeda Landrum Babin Special Programs IDOR PO Box 64800 Chicago, IL 60664 312-814-2771 | Sales Taxes | unliquidated | $220,967 |
|  |  |  |  |  |

| | | | | |
|---|---|---|---|---|
| IDES<br>33 SOUTH STATE<br>STREET<br>CHICAGO, IL<br>60601 | | Unemployment<br>Taxes | unliquidated | $54,590 |
| RIVER EAST ART<br>CENTER<br>401 E ILLINOIS<br>STREET<br>CHICAGO, IL<br>60611 | 312-836-4300 | Trade Debt | unliquidated | $47,971 |
| SYSCO FOOD<br>SVCS-CHICAGO,<br>INC.<br>PO BOX 5037<br>DES PLAINES,<br>IL 60017-5037 | 847-699-5400 | Trade Debt | unliquidated | $31,258 |
| J.D.Y., INC.<br>5135 N.<br>CLAREMONT<br>CHICAGO, IL<br>60625 | 773-561-7539 | Trade Debt | unliquidated | $22,353 |
| TESTA PRODUCE,<br>INC.<br>P.O. BOX 33830<br>CHICAGO, IL<br>60608 | | Trade Debt | unliquidated | $19,714 |
| AMCOMP<br>ASSURANCE CORP<br>P.O. BOX<br>863525<br>ORLANDO, FL<br>32886-3525 | | Trade Debt | unliquidated | $18,126 |
| PLITT COMPANY,<br>THE<br>DEPT. 20-1108<br>CAROL STREAM,<br>IL 60197-5940 | 773-276-2200 | Trade Debt | unliquidated | $14,254 |
| JAGOLI<br>401 N. WESTERN<br>AVE.<br>CHICAGO, IL<br>60612 | | Trade Debt | unliquidated | $13,399 |
| MODERN LUXURY<br>MAGAZINES<br>P.O. BOX | 323-930-9400<br>Ext. 390 | Trade Debt | unliquidated | $13,060 |

| | | | | |
|---|---|---|---|---|
| 512808<br>LOS ANGELES,<br>CA 90051-0808 | | | | |
| SOUTHERN WINE<br>& SPIRITS<br>2971 PAYSPHERE<br>CIRCLE<br>CHICAGO, IL<br>60674-2971 | 312-556-0676 | Trade Debt | unliquidated | $13,671 |
| WEAVER<br>MULTIMEDIA<br>GROUP<br>2420 ALCOTT<br>STREET<br>DENVER, CO<br>80211 | 303-458-1211 | Trade Debt | unliquidated | $13,456 |
| FORTUNE FISH<br>DEPT. 5266<br>MILWAUKEE, WI<br>53201-3090 | 630-860-7100 | Trade Debt | unliquidated | $13,914 |
| EDWARD DON &<br>COMPANY<br>ATTN: LIANE<br>BLAUW<br>NORTH<br>RIVERSIDE, IL<br>60546 | Liane Blauw<br>800-677-4366 | Trade Debt | unliquidated | $13,969 |
| CHICAGO REST.<br>GUIDE<br>954 W. WILLOW<br>STREET<br>CHICAGO, IL<br>60614-5065 | | Trade Debt | unliquidated | $11,800 |
| MICKEY'S LINEN<br>TOWEL SUPPLY<br>4601 W ADDISON<br>CHICAGO, IL<br>60614 | | Trade Debt | unliquidated | $9,603 |
| NOVOVIO WINE<br>630 N.<br>FRANKLIN<br>CHICAGO, IL<br>60610 | | Trade Debt | unliquidated | $8,970 |
| HERITAGE WINE<br>CELLARS, LTD.<br>6600 W. HOWARD<br>STREET | 847-965-3625 | Trade Debt | unliquidated | $8,371 |

3

| NILES, IL 60714 | | | | |
|---|---|---|---|---|
| | | | | |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

    I, Michael Demnicki, a member of Panacea Partners, LLC, named as debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Dated:  July 7, 2008                    Signature: _____

                                                 Michael Demnicki - Member

4