UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

# FILED

DEC 29 2010

EUGENE R. WEDOFF,
BANKRUPTCY JUDGE

In re:                                    )
                                          )
                                          )        Case No. 08 B 17391
PANACEA PARTNERS, LLC                     )
                                          )
                                          )
                                          )        Chapter 7
          Debtor.                         )
_____    )

**FINDINGS OF FACT AND CONCLUSIONS OF LAW IN SUPPORT OF ORDER AWARDING TO
COLLINS & COLLINS, DEBTOR'S COUNSEL, FOR ALLOWANCE AND PAYMENT OF FINAL
COMPENSATION AND REIMBURSEMENT OF EXPENSES**

| | | | |
|---|---|---|---|
| TOTAL FEES REQUESTED: | $81,628.00 | TOTAL COSTS REQUESTED: | $2,601.64 |
| TOTAL FEES REDUCED: | $9,880.26 | TOTAL COSTS REDUCED: | $00.00 |
| TOTAL FEES ALLOWED: | $71,747.74 | TOTAL COSTS ALLOWED: | $2,601.64 |

**TOTAL FEES AND COSTS ALLOWED: $74,349.38**

The attached time and expense entries have been underlined to reflect disallowance in whole or in part. The basis for each disallowance is reflected by numerical notations that appear on the left of each underlined entry. The numerical notations correspond to the enumerated paragraphs below.

**(4)      Insufficient Description**

The Court denies the allowance of compensation for the following task since the description of the time entry fails to identify in a reasonable manner the service rendered. *In re Pettibone*, 74 B.R. 293, 301 (Bankr. N.D. Ill. 1987) ("A proper fee application must list each activity, its date, the attorney who performed the work, a description of the nature and substance of the work performed, and the time spent on the work. [Citation omitted] Records which give no explanation of the activities performed are not compensable."); *In re Wildman*, 72 B.R. 700, 708-9 (Bankr. N.D. Ill. 1987) (same).

**(7)      Lumping**

The Court may impose a ten percent penalty for "lumping." *In re Wildman*, 72 B.R. 700, 709 (Bankr. N.D. Ill. 1987) ("Applicants may not circumvent the minimum time requirement or any of the requirements of detail by "lumping" a bunch of activities into a single entry. [citation omitted]. Each type of service should be listed with the corresponding specific time allotment.").

Dated:  December 29, 2010

Eugene R. Wedoff
United States Bankruptcy Judge

# LAW OFFICES

## Collins & Collins
8 South Michigan Avenue
Suite 1414
Chicago, IL  60603
(312) 201-8700

Invoice submitted to:
Panacea Partners, LLC
465 East Illinois Street
Chicago IL 60611

November 23, 2010     **TERMS:  NET DUE UPON
PRESENTATION**

In Reference To:In Re:  Panacea Partners, LLC, debtor and debtor-in-possession
Our File No.:  PAN08026

Professional Services

| | | | Hrs/Rate | Tax# | Amount |
|---|---|---|---|---|---|
| 7/8/2008 - | MRC | Review Operating Instructions from U.S. Trustee. Telephone conference with accountant and US Trustee re rescheduling initial debtor interview.  Draft email advising Dean Georgelos and accountant re operating reports. | 0.70 320.00/hr | | 224.00 |
| - | MRC | Draft email to accountant with copies of schedules and statement of affairs. | 0.25 320.00/hr | | 80.00 |
| 7/9/2008 - | MRC | Telephone conference with U.S. Trustee re pending motions. | 0.20 320.00/hr | | 64.00 |
| - | MRC | Telephone conference with Cranes Chicago Business re Ch11 filing. | 0.25 320.00/hr | | 80.00 |
| 7/17/2008 - | MRC | Telephone conference with Ray re schedules and statement of affairs. | 0.20 320.00/hr | | 64.00 |
| 7/21/2008 - | MRC | Telephone conference with accountant re preparation of schedules and financial affairs of the business. | 0.60 320.00/hr | | 192.00 |
| 7/22/2008 - | MRC | Reviewing drafts of schedules.  Make revisions. | 3.75 320.00/hr | | 1,200.00 |
| 7/23/2008 - | MRC | Telephone conferences with accountant, Ray Gwiaz, and review of draft of schedules. | 0.80 320.00/hr | | 256.00 |
| 7/24/2008 - | MRC | Meeting with M. Demnicki, Ray Gwiaz, Dean Georgelos and representative from US Trustee's office re initial debtor interview.  Meeting with same ex US Trustee re review and | 6.20 320.00/hr | | 1,984.00 |

*(see next page for deduction on this entry)*

Panacea Partners, LLC                                                      Page      2

|  |  |  | Hrs/Rate | Tax# | Amount |
|---|---|---|---|---|---|
|  |  | preparation of schedules and statement of affairs.  Revise schedules and statement of affairs. | (7) | | − $198.40 |
| 7/25/2008 - | MRC | Review correspondence from client re statement of affairs. | 0.20 320.00/hr | | 64.00 |
| 7/28/2008 - | MRC | Telephone conference with R. Gwiaz, accountant re status of books and records. | 0.20 320.00/hr | | 64.00 |
| 8/1/2008 - | MRC | Telephone conference with R. Gwiaz and bookkeeper re adequate protection payments. | 0.50 320.00/hr | | 160.00 |
| 8/5/2008 - | MRC | Telephone conference with Dean Georgelos and Ray Gwiaz re financial statements for creditors. | 0.20 320.00/hr | | 64.00 |
| 8/7/2008 - | MRC | Prepare and attend 341 meeting of creditors. | 2.70 320.00/hr | | 864.00 |
| 8/12/2008 - | MRC | Telephone conference with Ray Gwiaz re preparation of monthly financial reports.  Review email from trustee's office re accounting for the sale of the restaurant. | 0.40 320.00/hr | | 128.00 |
| 8/13/2008 - | MRC | Telephone conference with Ray Gwiaz re preparation of financial reports. | 0.30 320.00/hr | | 96.00 |
| 8/15/2008 - | MRC | Conference with M. Demnicki, representative for receiver of Jason Hyatt, Ray Gwiaz and Dean Georgelos re status of reorganization plan, litigation, accounting and reports and assets. | 2.20 320.00/hr | | 704.00 |
| 9/17/2008 - | MRC | Review monthly operating reports.  Instruct clerk re filing. | 0.70 320.00/hr | | 224.00 |
| 10/1/2008 - | MRC | Review bill from US Trustee.  Leave voice message re deferral of payment upon allowed distribution of sale proceeds. | 0.20 320.00/hr | | 64.00 |
| 10/28/2008 - | MRC | Correspondence with Howard Wilkes and show debtor's proof of payment of US Trustee fees. | 0.10 320.00/hr | | 32.00 |
| 10/30/2008 - | MRC | Review monthly operating reports and instruct clerk re filing. | 0.70 320.00/hr | | 224.00 |
| 11/3/2008 - | MRC | Review email correspondence from US Trustee's office re receipt of payment. | 0.10 320.00/hr | | 32.00 |
| 12/1/2008 - | MRC | Correspondence with US Trustee re payment of fees and operating reports.  Email to Ray Gwiaz re preparation of reports and payment of fees. | 0.40 320.00/hr | | 128.00 |
| 12/3/2008 - | MRC | Review email from Connelly re Matt Stoen.  Review email from US Trustee re motion to convert or dismiss.  Draft email advising client and accountant re need of reports and | 1.25 320.00/hr | | 400.00 |

Panacea Partners, LLC

Page    3

|  |  |  | Hrs/Rate | Tax# | Amount |
|---|---|---|---|---|---|
|  |  | fee payment. Telephone conference with US Trustee re debtor's position regarding motion. Telephone conference with M. Demnicki re negotiations with Jay Vohra. Draft email to Richard Schoenstadt re status of representation. |  |  |  |
| 12/4/2008 - | MRC | Numerous telephone conferences with Michael Demnicki re sale of restaurant/deal with Dock 465, payment to US Trustee's office and preparation of accounting reports. | 1.20 320.00/hr |  | 384.00 |
| 1/12/2009 - | MRC | Telephone conferences with Michael Demnicki and Ray Gwiaz re strategy for terminating bankruptcy. Telephone conference with Dan Piedemonte re termination for Dock 465 management agreement, inventory of premises and dismissal of case. | 1.60 320.00/hr |  | 512.00 |
| 1/13/2009 - | MRC | Telephone conference with Howard Wilke re reports and payment of fees. Email and telephone conference with Ray re reports. | 0.40 320.00/hr |  | 128.00 |
| 1/14/2009 - | MRC | Court appearance re trustee's motion to dismiss or convert. Conference with M. Demnicki and Dean Georgelos re effect of conversion. Telephone conference with Frances Gecker re taking over as Ch 7 Trustee and review correspondence. Telephone conference with Zane Zielinski re review of restaurant and causes of action. Telephone conference with D. Piedemonte re payment of commission and turnover of $200,000. Investigate addresses of Matt Stoen and email to J. Vagano. | 2.40 320.00/hr | ⑦ -$76.80 | 768.00 |
| 1/15/2009 - | MRC | Respond to David Ward request for 2004 examination. Telephone conference and emails sent to Ward. | 0.50 320.00/hr |  | 160.00 |
| 1/16/2009 - | MRC | Telephone conference with M. Demnicki re trustee taking over. Telephone conference advising re David Ward 2004 examination. | 0.70 320.00/hr |  | 224.00 |
| 1/26/2009 - | MRC | Telephone conference with Zane Ziellenski and Michael Demnicki re sale of restaurant. Email default notice and APA amendment to Zielinski. | 0.50 320.00/hr |  | 160.00 |
| 2/10/2009 - | MRC | Review filed final reports for Panacea Partners and emails from Howard Wilke re required reports. Draft email to Zane Zeilinski re final reports and debtor contact information. | 0.75 320.00/hr |  | 240.00 |
| 2/12/2009 - | MRC | Telephone conference with M. Demnicki re status of restaurant. Email to Zane Zielinski re filing of Debtor's final Ch. 11 report. | 0.40 320.00/hr |  | 128.00 |
| 6/17/2010 - | MRC | Obtain crates of records and review. | 1.00 320.00/hr |  | 320.00 |

# LAW OFFICES

## Collins & Collins
**8 South Michigan Avenue**
**Suite 1414**
**Chicago, IL  60603**
**(312) 201-8700**

Invoice submitted to:
Panacea Partners, LLC
465 East Illinois Street
Chicago IL 60611

November 23, 2010    **TERMS:  NET DUE UPON**
**PRESENTATION**

In Reference To:In Re:  Panacea Partners, LLC, debtor and debtor-in-possession
Our File No.:  PAN08026

Professional Services

| | | | Hrs/Rate | Tax# | Amount |
|---|---|---|---|---|---|
| 7/8/2008 - | MRC | Telephone conference with Steven Radtke re negotiations on use of cash collateral and bank loans.  Review bank documents sent by Radtke re $539,000 loan.  Draft revisions to motion to use cash collateral.  Prepare notice of motion and service list.  Telephone conference with clerk for emergency judge re scheduling motion. | 2.60 320.00/hr | ⑦ | 832.00 −$83.20 |
| - | MRC | Telephone conference with Ray (accountant) re meeting with IDOR, revisions to budget for use of cash collateral.  Review revised budget. | 0.60 320.00/hr | | 192.00 |
| - | MRC | Revisions to emergency motion to remove levy.  Review email from accountant re IDOR attorney information and power of attorney forms.  Telephone voice message for James Newbold. | 0.60 320.00/hr | | 192.00 |
| 7/9/2008 - | MRC | Telephone conference with Butler Capital re collateral position and cash collateral order.  Review UCC statements and email regarding amounts owed and filings.  Draft revisions to the proposed cash collateral order.  Telephone conference with J. Newbold re release of levy and use of funds.  Telephone conference and review comments from Landlord re budget and payments. | 3.75 320.00/hr | ⑦ | 1,200.00 −$120 |
| 7/10/2008 - | MRC | Prepare and attend court hearing on adequate protection.  Negotiations with attorneys and drafting of interim adequate protection order.  Review typed order and draft circulating email.  Draft cover letter to Judge with draft order. | 2.90 320.00/hr | ⑦ | 928.00 $−92.80 |

Panacea Partners, LLC

Page    2

| | | | | Hrs/Rate | Tax# | Amount |
|---|---|---|---|---|---|---|

7/11/2008 -   MRC   Telephone conference with Ray Gwiaz re reports and
accounting needed for further adequate protection hearing.
Telephone conference with Dean Georgelos and Mike
Demnicki re accounting needed for adequate protection
hearing. ⟨Review email from atty for Bank⟩ Advise client to
deliver check to atty.

0.90
320.00/hr

288.00

④  -$96

---

7/14/2008 -   MRC   Telephone conference with Ray Gwiaz re preparation of
budget for interim use of cash collateral and sources and
uses of IDOR levy funds. Email to M. Demnicki, D.
Georgelos, Dan Pedemonte and Ray Gwiaz re meeting on
cash collateral use interim budget. Draft email to Jim
Newbold and review response. Email and advise Debtor of
IDOR requirements on accounting.

1.25
320.00/hr

400.00

7/15/2008 -   MRC   Conference with client re preparation of use of cash
collateral reports, sales and budget for use of cash
collateral. Draft email advising creditors and including
accounting reports. Review Butler Capital Security
Agreements.

2.20
320.00/hr

704.00

⑦    -$70.40

---

7/16/2008 -   MRC   Court appearance re motion for interim use of cash
collateral; motion to pay pre-petition wages; motion to stay
Liquor Control Commission Action; and motion to stay levy.
Prepare draft orders and circulate. Review Capital Factors
decision.

2.10
320.00/hr

672.00

⑦    -$67.20

---

7/18/2008 -   MRC   Review revised cash collateral order from Newbold.
Telephone conference with M. Demnicki re DIP financing.

0.40
320.00/hr

128.00

7/28/2008 -   MRC   Telephone conference with Ray Gwiaz (accountant) and
Dean Georgelos re August 2008 budget and use of cash
collateral. Review report of sales, cash balances and
budget. Email to parties in interest financial information.

2.10
320.00/hr

672.00

⑦    -$67.20

---

-   MRC   Drafting Third Interim Order for use of cash collateral. Draft
email to creditors re approval of order and respond and
make various revisions.

0.80
320.00/hr

256.00

7/31/2008 -   MRC   Motion for use of cash collateral, motion to approve secured
financing. Review notes and docket dates.
Review and revise budget. Draft Fourth Interim Cash
collateral order, amend service list and notice of filing.

1.65
320.00/hr

528.00

8/5/2008 -   MRC   Preparation for hearing on adequate protection.

0.40
320.00/hr

128.00

8/6/2008 -   MRC   Court appearance re continued interim use of cash
collateral. Telephone conferences advising client re
payments. Revise and discuss with client re accounting
information.

1.40
320.00/hr

448.00

## LAW OFFICES

### Collins & Collins
8 South Michigan Avenue
Suite 1414
Chicago, IL  60603
(312) 201-8700

Invoice submitted to:
Panacea Partners, LLC
465 East Illinois Street
Chicago IL 60611

November 23, 2010      **TERMS:  NET DUE UPON
PRESENTATION**

In Reference To:In Re:  Panacea Partners, LLC, debtor and debtor-in-possession
Our File No.:  PAN08026

Professional Services

|  |  |  |  | Hrs/Rate | Tax# | Amount |
|---|---|---|---|---|---|---|
| 7/8/2008 - | MRC | Revise motion to pay pre-petition employees and pre-petition employment taxes. | | 0.25 320.00/hr | | 80.00 |
| - | MRC | Telephone conference with George Dogherty re disputed ownership on the debtor.  Add to service list of first day motions. | | 0.40 320.00/hr | | 128.00 |
| 7/9/2008 - | MRC | Telephone conference with client re court appearance and creditor issues. (Telephone conference with Elizabeth Berger & Associates, creditor) | ⑦ | 0.40 320.00/hr | | 128.00 − $64 |
| - | MRC | Telephone conference with Dean re problems with liquor vendors refusing delivery. | | 0.40 320.00/hr | | 128.00 |
| 7/11/2008 - | MRC | Telephone conference with R. Handler re position regarding chapter 11 filing.  Telephone conference with Scott Hlavacek, attorney for SEC re bankruptcy filing and review of debtor's books and records. | | 0.60 320.00/hr | | 192.00 |
| 7/15/2008 - | MRC | Telephone conference with J. Kopecky re status of payment of attorneys fee claim. | | 0.20 320.00/hr | | 64.00 |
| 7/23/2008 - | MRC | Telephone conference with attorney for Panacea in defense of Devonshire Partners and alleged member litigation. | | 0.25 320.00/hr | | 80.00 |
| 7/28/2008 - | MRC | Telephone conference with Bill Connelly re Matt Stoen claims.  Telephone conference with atty for Testa Produce re claims for PACAR. | | 0.60 320.00/hr | | 192.00 |

Panacea Partners, LLC

Page 2

| | | | Hrs/Rate | Tax# | Amount | |
|---|---|---|---|---|---|---|
| 7/28/2008 - | MRC | Telephone conference with atty for produce company re PACA claims and review memorandum of law regarding PACA claims from Kmart bankruptcy. | 0.80 320.00/hr | | 256.00 | |
| 7/29/2008 - | MRC | Negotiations of agreement with PACA claimant. | 0.30 320.00/hr | | 96.00 | |
| 7/31/2008 - | MRC | Draft response to Testa Produce's request for adequate protection. | 0.20 320.00/hr | | 64.00 | |
| - | MRC | Review claimed mechanic's lien and draft emails re contesting the claim. ④ | 1.60 320.00/hr | | 512.00 | −$256 |
| 8/1/2008 - | MRC | Telephone conference with attorney for Testa Produce. ④ | 0.40 320.00/hr | | 128.00 | −$128 |
| 8/6/2008 - | MRC | Review email from Testa Produce. ④ | 0.20 320.00/hr | | 64.00 | −$64 |
| 8/12/2008 - | MRC | Court appearance re ComEd adequate protection payments. | 0.50 320.00/hr | | 160.00 | |
| 8/13/2008 - | MRC | Review proof of claim of Dell and other creditor. | 0.30 320.00/hr | | 96.00 | |
| 8/19/2008 - | MRC | Preparation of partner for court appearance on status of ComEd motion and general status. | 0.30 320.00/hr | | 96.00 | |
| - | JPC | Meeting with MRC; prepare for bankruptcy court hearing | 0.30 350.00/hr | | 105.00 | |
| 8/20/2008 - | JPC | Attend bankruptcy court hearing re status and CoEd claim. | 0.80 350.00/hr | | 280.00 | |
| 9/9/2008 - | MRC | Telephone conference with Judge's clerk. Prepare draft order on ComEd. Draft email and review response from ComEd. Instruct clerk re submitting the order. ④ | 0.60 320.00/hr | | 192.00 | −$96 |
| 9/10/2008 - | MRC | Telephone conference with M. Demnicki re citation to discover assets. Draft letter advising creditor that citation is a violation of the automatic stay. | 0.40 320.00/hr | | 128.00 | |
| 9/22/2008 - | MRC | Telephone conference re dispute with Chef Rodriques and review email from attorney. ④ | 0.20 320.00/hr | | 64.00 | −$32 |
| 10/1/2008 - | MRC | Review correspondence from Weis re citation of Time Out Chicago. Conference with M. Demnicki re Delacosta. Advise re bankruptcy and Delacosta LLC as not name of any legal entity. | 0.25 320.00/hr | | 80.00 | |
| 11/6/2008 - | MRC | Draft objection to mechanics lien claim of Harry Reltz. | 0.75 320.00/hr | | 240.00 | |

Panacea Partners, LLC

Page    3

| | | | Hrs/Rate | Tax# | Amount |
|---|---|---|---|---|---|
| 11/11/2008 - | MRC | Review correspondence from creditor Rodrequiz and his atty Neuer. Respond with copy of notice. Respond to inquiry from Agnes re creditor claim. (4) | 0.70 320.00/hr | | 224.00 −$74.67 |
| 11/17/2008 - | MRC | Court appearance re objection to Reitz mechanics lien claim. | 1.00 320.00/hr | | 320.00 |
| 11/21/2008 - | MRC | Telephone conference with Bureau of Unemployment Insurance collection agency. (4) | 0.20 320.00/hr | | 64.00 −$64 |
| 12/12/2008 - | MRC | Telephone conferences with M. Demnicki and Butler capital re draw on letter of credit threat. | 0.50 320.00/hr | | 160.00 |
| 12/18/2008 - | MRC | Telephone conference with M. Dempicki re status of negotiations with Bridgeview Bank. Review email from Jon Vagano and call Jay Vohra. Report of Jon discussion with Vohra. (4) | 0.60 320.00/hr | | 192.00 −$96 |
| 12/30/2008 - | MRC | Review email from Butler Capital and telephone conference with Mike Demnicki re payoff. (4) | 0.25 320.00/hr | | 80.00 −$40 |
| | For professional services rendered | | 14.25 | | $4,593.00 |

## LAW OFFICES

## Collins & Collins
8 South Michigan Avenue
Suite 1414
Chicago, IL  60603
(312) 201-8700

Invoice submitted to:
Panacea Partners, LLC
465 East Illinois Street
Chicago IL 60611

November 23, 2010      **TERMS:  NET DUE UPON
PRESENTATION**

In Reference To:In Re:  Panacea Partners, LLC, debtor and debtor-in-possession
            Our File No.:  PAN08026

Professional Services

|  |  |  |  | Hrs/Rate | Tax# | Amount |
|---|---|---|---|---|---|---|
| 7/28/2008 - | MRC | Telephone conference with M Demnicki re reponses and review list of capital withdrawals from Matt Stoen. | | 0.60 320.00/hr | | 192.00 |
| 7/31/2008 - | MRC | Telephone conference with M. Demnicki re Debtor's claims v. Matt Stoen. | | 0.70 320.00/hr | | 224.00 |
| - | MRC | Review correspondence re rejection of Reward's Network contract. | ④ | 0.70 320.00/hr | | 224.00 ~ $224 |
| 8/5/2008 - | MRC | Draft email correspondence with attorney for Reward's Network re violation of the automatic stay and rejection of contract. | | 0.40 320.00/hr | | 128.00 |
| 8/6/2008 - | MRC | Review information and draft demand on Reward Networks re claims for violation of the automatic stay. Email correspondence with attorney. | ④ | 0.50 320.00/hr | | 160.00 ~ $80 |
| 8/8/2008 - | MRC | Settlement negotiations with Reward's Networks over return of post-petition funds. Draft email advising client. | ④ | 0.40 320.00/hr | | 128.00 ~ $64 |
| 8/21/2008 - | MRC | Telephone conference re investigation of lawsuit against Matt Stoen. | | 0.40 320.00/hr | | 128.00 |
| 10/31/2008 - | MRC | Draft letter to Bill Connelly re contribution from Matt Stoen. | | 0.40 320.00/hr | | 128.00 |
| 11/5/2008 - | MRC | Negotiations with B. Connelly re Matt Stoen settlement. | | 0.40 320.00/hr | | 128.00 |

## LAW OFFICES

### Collins & Collins
**8 South Michigan Avenue**
**Suite 1414**
**Chicago, IL  60603**
**(312) 201-8700**

Invoice submitted to:
Panacea Partners, LLC
465 East Illinois Street
Chicago IL 60611

November 23, 2010      **TERMS:  NET DUE UPON**
**PRESENTATION**

In Reference To:In Re:  Panacea Partners, LLC, debtor and debtor-in-possession
Our File No.:  PAN08026

Professional Services

| | | | Hrs/Rate | Tax# | Amount |
|---|---|---|---|---|---|
| 7/8/2008 - | MRC | Telephone conference with attorneys for landlord re payment of post-petition lease payments and assumption of the lease. | 0.40 320.00/hr | | 128.00 |
| 7/21/2008 - | MRC | Telephone conference with atty for landlord re budget and payment of rent. | 0.40 320.00/hr | | 128.00 |
| 7/24/2008 - | MRC | Review and exchange email with atty for Landlord re negotiations on payment of rent. | 0.40 320.00/hr | | 128.00 |
| 7/25/2008 - | MRC | Review lease from Landlord and draft email re suit v. guarantor. | 0.25 320.00/hr | | 80.00 |
| 7/31/2008 - | MRC | Negotiations with attorney for landlord. | 0.50 320.00/hr | | 160.00 |
| 8/1/2008 - | MRC | Leave voice message to attorney for the landlord. ④ | 0.20 320.00/hr | | 64.00 _$64 |
| 8/5/2008 - | MRC | Telephone conference with attorney for landlord. ④ | 0.30 320.00/hr | | 96.00 _$96 |
| 8/25/2008 - | MRC | Emails and telephone conferences with J. Vagono re lease and landlord issues. | 0.40 320.00/hr | | 128.00 |
| 9/2/2008 - | MRC | Telephone conferences with Jon Vigano, atty for landlord, review objections. | 0.75 320.00/hr | | 240.00 |
| - | MRC | Review objections of attorney for Testa Produce.  (.3) Review Management Agreement.  (.8). Telephone conferences with M. Demnicki and D. Georgelos re sale, | 3.60 320.00/hr | | 1,152.00 |

Panacea Partners, LLC

| | | | Hrs/Rate | Tax# | Amount |
|---|---|---|---|---|---|
| | | information and execution of agreements. (.7). Preparation of hearing on sale procedures. (1.8). | | | |
| 9/11/2008 - | MRC | Telephone conferences and email with J. Vigano re sale bids and terms of lease. Review objections to equipment list claim they are fixtures. | 0.40 320.00/hr | | 128.00 |
| 9/22/2008 - | MRC | Research motion to assume lease and draft outline of motion. | 1.25 320.00/hr | | 400.00 |
| 9/23/2008 - | MRC | Telephone correspondence and emails from Jon Vagano re assumption of the lease. Review numbers, terms of the lease and confer with Ray Gwiaz, accountant for debtor's figures. Research and draft motion to assume and assign lease. | 2.25 320.00/hr | ⑦ | 720.00  -$72.00 |
| 9/25/2008 - | MRC | Telephone conference with Jon Vagano re negotiations over the lease. Provide information to accountant to reconcile cure amounts on the lease. Conference with accountant regarding cure amounts and accounting. | 1.80 320.00/hr | | 576.00 |
| 10/6/2008 - | MRC | Telephone conferences with M. Demnicki re status of negotiations with landlord. Review landlord's summary of objections. Telephone conference with Richard Schoenstadt re status of lease negotiations and walkthrough. Telephone conference with D. Piedmonte. | 2.20 320.00/hr | ④,⑦ | 704.00  ($176+70.40)  -$246.40 |
| 10/10/2008 - | MRC | Exchange emails with J. Vagano re status of lease negotiations. | 0.20 320.00/hr | | 64.00 |
| 10/14/2008 - | MRC | Court appearance re status on lease issues. Confer with Vigano and Wigoda. | 1.00 320.00/hr | ④ | 320.00  -$60 |
| 10/20/2008 - | MRC | Exchange emails and telephone conference with Vagano re continuance of court status and status of lease negotiations. Telephone conference with atty for Bridgeview Bank re status of sale. | 1.25 320.00/hr | | 400.00 |
| 10/30/2008 - | MRC | Telephone conference with J. Vagano re status of lease negotiations. Telephone conference with Mike Demnicki re cure amounts of the landlord. Telephone conference with M. Demniki and Ray Gwiaz re cure amounts. Respond to Richard Schoenstadt's email regarding the floor repair. | 1.60 320.00/hr | | 512.00 |
| 10/31/2008 - | MRC | Meeting at the restaurant with 2 contractors regarding fixing the floor area. Discussions with debtor representatives re issues on closing transaction. Respond to Jon Vagano's emails re floor and cure amounts. | 2.10 320.00/hr | ⑦ | 672.00  -$67.20 |
| 11/3/2008 - | MRC | Telephone conference with Vagano re status of agreement. Voice message from Wagoda re changes to agreement. | 0.40 320.00/hr | | 128.00 |

# LAW OFFICES

## Collins & Collins
**8 South Michigan Avenue**
**Suite 1414**
**Chicago, IL  60603**
**(312) 201-8700**

Invoice submitted to:
Panacea Partners, LLC
465 East Illinois Street
Chicago IL 60611

November 23, 2010     **TERMS:  NET DUE UPON**
                                **PRESENTATION**

In Reference To:In Re:  Panacea Partners, LLC, debtor and debtor-in-possession
            Our File No.:  PAN08026

Professional Services

| | | | Hrs/Rate | Tax# | Amount |
|---|---|---|---|---|---|
| 7/10/2008 - | MRC | Telephone conference with Liquor Commission.  Advise client. | 0.60<br>320.00/hr | | 192.00<br>— $192 |
| 7/11/2008 - | MRC | Draft revisions to motion to stay IL Liquor Statute.  Telephone conference with Liquor Commission and revise notice list.  Telephone conference with Dean Georgelos re date of motion. | 0.50<br>320.00/hr | | 160.00<br>— $40 |
| 7/16/2008 - | MRC | Draft email to James Newbold re release of liquor contol commission action. Leave voice messagel to liquor control commission attorney. | 0.30<br>320.00/hr | | 96.00<br>— $48 |
| 7/17/2008 - | MRC | Telephone conference and draft email to Dean re purchase of liquor and removal from Liquor Commision blacklist.  Telephone conference with attorney for the liquor commission. | 0.40<br>320.00/hr | | 128.00<br>— $64 |
| 7/22/2008 - | MRC | Telephone conference re reinstatement of De La Costa liquor license with counsel and R. Gwiaz. | 0.25<br>320.00/hr | | 80.00 |
| 10/17/2008 - | MRC | Review correspondence from R. Schoenstadt re lease issues and sale issues.  Telephone conference from Ray Gwiaz re sales tax payments and license issue.  Telephone conference with M. Demnicki re status of sale and license renewal. | 0.60<br>320.00/hr | | 192.00 |
| | | For professional services rendered | 2.65 | | $848.00 |

### LAW OFFICES

## Collins & Collins
**8 South Michigan Avenue
Suite 1414
Chicago, IL 60603
(312) 201-8700**

Invoice submitted to:
Panacea Partners, LLC
465 East Illinois Street
Chicago IL 60611

November 23, 2010    **TERMS: NET DUE UPON
PRESENTATION**

In Reference To:In Re: Panacea Partners, LLC, debtor and debtor-in-possession
Our File No.: PAN08026

Professional Services

| | | | Hrs/Rate | Tax# | Amount |
|---|---|---|---|---|---|
| 7/8/2008 - | MRC | Draft revisions to motion to employ debtor's counsel. Telephone conference with broker re status of application to employ. | 0.60 320.00/hr | | 192.00 |
| 7/14/2008 - | MRC | Review and revise draft of application to employ accountant. Review revised service list and amend motion. | 0.60 320.00/hr | | 192.00 |
| - | MRC | Telephone conference with Judge's clerk re error on notice of motion. Draft amended notice of motion. | 0.25 320.00/hr | | 80.00 |
| 7/29/2008 - | MRC | Prepare and attend court appearance re motion to employ attorneys, motion to employ accountants, motion to employ business broker. | 0.40 320.00/hr | | 128.00 |
| 7/31/2008 - | MRC | Review email from proposed special counsel re license renewal. Draft response. | 0.25 320.00/hr | | 80.00 |
| 8/12/2008 - | MRC | Court appearance re motion to employ business broker. Telephone conference advising broker of approval of contract. | 0.70 320.00/hr | | 224.00 |
| 1/21/2009 - | MRC | Draft motion to withdraw appearance. | 0.50 320.00/hr | | 160.00 |
| 1/28/2009 - | MRC | Court appearance re motion to withdraw. Discussions with Trustee's attorney. | 1.00 320.00/hr | | 320.00 - $160 |

# LAW OFFICES

## Collins & Collins
**8 South Michigan Avenue**
**Suite 1414**
**Chicago, IL  60603**
**(312) 201-8700**

Invoice submitted to:
Panacea Partners, LLC
465 East Illinois Street
Chicago IL 60611

November 23, 2010       TERMS:  NET DUE UPON
PRESENTATION

In Reference To:In Re:  Panacea Partners, LLC, debtor and debtor-in-possession
Our File No.:  PAN08026

Professional Services

| | | | Hrs/Rate | Tax# | Amount |
|---|---|---|---|---|---|
| 7/14/2008 - | MRC | Telephone conference with Mike Demnicki re potential buyer. Telephone conference with Eccelleron Group, potential buyer re offer.  Revise motion to employ business broker and telephone conference with business broker re status of offers to the Debtor. | 1.10 320.00/hr | | 352.00 |
| 7/15/2008 - | MRC | Conference with client re sale of the restaurant and meeting with broker. ④ | 2.40 320.00/hr | | 768.00 − $384 |
| 7/16/2008 - | MRC | Telephone conference with potential purchasers of the restaurant. | 0.60 320.00/hr | | 192.00 |
| 7/21/2008 - | MRC | Review correspondence from M. Demnicki re sale of restaurant to Acceleron Group and review offer. | 1.20 320.00/hr | | 384.00 |
| 7/28/2008 - | MRC | Telephone conference with U.S. Trustee re objections to motion to employ business broker. | 0.25 320.00/hr | | 80.00 |
| 7/29/2008 - | MRC | Telephone conference with D. Piedmonte re structure of sale transaction. | 0.50 320.00/hr | | 160.00 |
| 7/31/2008 - | MRC | Telephone conference with D. Pedemonte re status of sale. Review and respond to email from Crain's Chicago Business. ④ | 0.90 320.00/hr | | 288.00 − $144 |
| 8/1/2008 - | MRC | Telephone conference with D. Pedemonte re Crains Article and referal of potential purchaser. | 0.60 320.00/hr | | 192.00 |

Panacea Partners, LLC

Page    2

| | | | Hrs/Rate | Tax# | Amount |
|---|---|---|---|---|---|

8/6/2008  -  MRC  Telephone conference with Steve Bobo re commission    0.20          64.00
                  percentage for restaurant broker.                    320.00/hr

8/19/2008  -  MRC  Telephone conference with attorney for potential buyer. ④  0.40          128.00
                                                                      320.00/hr          —$128

8/22/2008  -  MRC  Telephone conference with Dean Georgelos and Ray Gwiaz  0.70          224.00
                  re sale of the restaurant.                          320.00/hr

8/25/2008  -  MRC  Several telephone conversations with D. Piedemonte re  6.10          1,952.00
                  terms of letter of intent.  Review letter of intent, advise re  320.00/hr
                  revisions.  Read executed letter of intent.  Research and
                  drafting of Asset Purchase Agreement and Motions to  ⑦        —$195.20
                  Approve sale and Auction Procedures.

          -  MRC  Telephone conference with Dean Georgelos and "Dino" re  0.30          96.00
                  additional offers and purchasers of the business.    320.00/hr

8/26/2008  -  MRC  Drafting Asset Purchase Agreement.  Telephone        6.70          2,144.00
                  conferences with Broker and Vohra re sale and procedures.  320.00/hr
                  Research and drafting of motion to sell assets.  Reasearch
                  bankruptcy code on notice provisions.  Review press articles  ⑦    —$214.40
                  on sale of restaurant.

8/27/2008  -  MRC  Conference with buyers and attorneys for buyers re    3.60          1,152.00
                  negotiations of the sale of the restaurant. Telephone    320.00/hr
                  conference with Roman Sukley. Telephone conference with  ④⑦   —$460.80
                  M. Demnicki re sale of the restaurant.

          -  MRC  Telephone conference with Mark Rose re interested buyer.  0.50          160.00
                  Email information to Broker.  Telephone conference with  320.00/hr
                  Ray Gwiaz re sale of the restaurant.

8/28/2008  -  MRC  Numerous telephone conferences with Broker, buyers,    7.70          2,464.00
                  prospective buyers re sale of restaurant.  Review and    320.00/hr
                  drafting revisions to the Asset Purchase Agreement, motion,
                  order, notice and other documents. Review letter of intent  ⑦   —$246.40
                  from 2nd buyer.

9/3/2008  -  MRC  Court appearance and negotiations with creditors re sale of  6.70          2,144.00
                  assets.  Draft order and review with attorney for the landlord.  320.00/hr
                  Numerous telephone conferences with broker, Mike
                  Demnicki and Dean Georgelos re sale proceedures,
                  schedules to APA and notice to interested parties.  Review  ⑦    —$214.40
                  draft of schedules to APA.

9/4/2008  -  MRC  Preparation of schedules to Asset Purchase Agreement.    1.60          512.00
                  Respond to various emails re status of the sale order. Draft  320.00/hr
                  revised services list to include additional parties in interest.
                  Draft email to broker to include all potential buyers with
                  information packet.  Revise service list.  Telephone      ④     —$85.33
                  conference with D. Georgelos and M. Demnicki re sale.

Panacea Partners, LLC                                                                           Page    3

| | | | Hrs/Rate | Tax# | Amount |
|---|---|---|---|---|---|
| 9/5/2008 - | MRC | Telephone conference with Dan Piedemonte and Jay Vohra re lease issues and curing the lease. Telephone conference with Dino of Arnstein re closing package, meeting with landlord and purchase of restaurant. Telephone conference with Dean Georgelos re renewal of liquor license. Exchange correspondence with Jon Vigano re lease cure issues. | 1.75 320.00/hr | | 560.00 |
| 9/8/2008 - | MRC | Telephone conferences and emails with J. Vagono re lenders demands that Debtor borrow a superpriority loan or landlord will object to the sale/assignment of its lease. Telephone conference with W. Connelly re qualifications to bid and deposit check. Telephone conference with M. Demnicki re landlord issue on floor issues and mechanics lien. Telephone conference with Ray Gwiaz re banquet deposits. Telephone conference with D Piedemonte and Richard Schoenstadt re loan to debtor to cure the lease. | 3.25 320.00/hr | ⑦ | 1,040.00  -$104.00 |
| 9/9/2008 - | MRC | Review qualification materials submitted by William Connelly and Dino's clients. Draft emails and telephone conference with M. Demnicki and Dan Piedemonte re additional qualifications of bidders. ⟨Review and respond to various emails from landlord's attorney and bidders.⟩ | 1.40 320.00/hr | ④ | 448.00  -$149.33 |
| 9/10/2008 - | MRC | Telephone conference with Dan Pedemonte and Mike Demnicki re bids. Exchange emails with Jon Vagono re qualification of bidders and inquiry into Matt Stoen record. Telephone conference with attorney for Bridgeview Bank re attendance at the auction and status of bids. Telephone conference with Ray Gwiaz re review of bids. | 1.60 320.00/hr | | 512.00 |
| 9/11/2008 - | MRC | Telephone conference with D. Pedemonte re sale. Telephone conference with B. Connelly re offer. Telephone conference with Dino re offer and review terms of offer. Telephone conference with accountant re preparing spreadsheet re status of the bids. Preparation for auction. Begin preparation of sale order. | 4.20 320.00/hr | ⑦ | 1,344.00  -$134.40 |
| 9/12/2008 - | MRC | Prepare and conduct Panacea Partners auction. Draft motion for ruling on objections. Telephone conferences with numerous parties in interest re auction. | 7.80 320.00/hr | ⑦ | 2,496.00  -$249.60 |
| 9/15/2008 - | MRC | Court appearance re motion to rule on objections. Research and Draft brief regarding objections. Numerous telephone conversations with Schoenstadt, Piedemonte, Demnicki, Dino and Georgelos re stipulation regarding continuation of bidding at the auction. | 8.40 320.00/hr | ⑦ | 2,688.00  -$268.80 |
| 9/17/2008 - | MRC | Telephone conferences with Dan Piedemonte, Mike Demnick, Dean Georgelos, and Dino re resumption of auction, sale and negotiation of bid opening point. Research, review and revise memorandum in support of auction. | 6.20 320.00/hr | ⑦ | 1,984.00  -$198.40 |

Panacea Partners, LLC

Page    4

| | | | Hrs/Rate | Tax# | Amount |
|---|---|---|---|---|---|
| 9/17/2008 - | MRC | Review Dock 465 brief in support of restarting the Auction. | 0.40<br>320.00/hr | | 128.00 |
| - | MRC | Review brief filed on behalf of Robert J. Handler.  Court appearance re Panacea Partner hearing on objections to Auction.  Numerous telephone conferences and negotiations regarding settlement and reauction of the Debtor's business.  Confer and advise client.  Negotiations with the landlord. | 2.75<br>320.00/hr | (7) | 880.00<br>—$88 |
| 9/23/2008 - | MRC | Telephone conference with P Jacobi re status of litigation and sale. | 0.10<br>320.00/hr | | 32.00 |
| - | MRC | Research and draft motion to approve sale and sale order. | 2.25<br>320.00/hr | | 720.00 |
| 9/24/2008 - | MRC | Telephone conference with M. Demnicki re status of deal.  Draft emails and voice message to Richard Schoenstadt re execution of Management Agreement.  Issues re disgruntled employee and termination of event planner. Telephone conference with US Equities. Draft email advising Schoenberg. | 0.70<br>320.00/hr | | 224.00<br>—$4480 |
| 9/25/2008 - | MRC | Telephone conference with Judge's clerk and renotice motions.  Telephone conference with Richard Schoenstadt re status of lease negotiations. | 0.60<br>320.00/hr | (4) | 192.00<br>— $64 |
| - | MRC | Review email from Schoenberg re managment agreement. | 0.40<br>320.00/hr | | 128.00 |
| 9/29/2008 - | MRC | Review correspondence re executed Management Agreement documents.  Telephone conference with J. Vagano re landlord issues to sale.  Telephone conference with Rose re continuance of sale.  Telephone conference with Attorney for seller re agreement to extend the closing date on the APA.  Telephone conferenc with Dino re return of funds from other purchasers. | 1.50<br>320.00/hr | | 480.00 |
| 9/30/2008 - | MRC | Court appearance re continue cash collateral, status and sale motions.  Conference with Vigano re settlement of lease issues.  Conference with Demnicki re execution of Interim Management Agreement and draft letter to Vigano re execution of agreement.  Telephone conference with Agnes re health insurance. | 2.10<br>320.00/hr | (7) | 672.00<br>—$67.20 |
| 10/1/2008 - | MRC | Telephone conference with Dan Piedernamonte re return of Manastiri's bid deposit.  Court appearance re continuance of various pending matters.  Conference with counsel for Dock 465 re lease issues.  Conference with atty for Manastiri re return of funds.  Review provisions of lease and net sales figures provided by debtor's accountant.  Draft email to J. Vigano re resolution of lease issues. | 2.40<br>320.00/hr | (7) | 768.00<br>—$76 80 |

Panacea Partners, LLC                                                                Page      5

|              |     |                                                                                                                                                                                                                                                                                                                                                                        | Hrs/Rate | Tax# | Amount |
|--------------|-----|----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|----------|------|--------|
| 10/2/2008 -  | MRC | Review email re signed Operating Agreement Meeting with Piedemonte re return of funds.                                                                                                                                                        | 0.30 320.00/hr | ④ | 96.00 − $48 |
| 10/7/2008 -  | MRC | Telephone conferences with Jon Vagono (2) and conference call with Richard Schoenstadt re resolution of lease issues. Review email from Ministiri's attorney re return of funds. Discuss and advise client and D. Piedemonte re Landlord's objections. Review Wigoda email re extension of closing date in APA and draft response. Interview Leslie Keebler re coupon program and draft email advising Richard Schoenstadt re extent of program and estimate of outstanding coupons and gift cards. Telephone conference with Ray Gwiaz re calculation and accounting for gift cards. | 2.25 320.00/hr | ⑦ | 720.00 − $72 |
| 10/8/2008 -  | MRC | Court appearance re continuance of all pending matters. Review and revise Trial Order. Telephone conference with J Vagano re settlement of all lease issues and draft debtor's proposal to resolve all issues. Review and respond to Amendment to closing date in APA agreement. | 2.70 320.00/hr | ⑦ | 864.00 − $86.40 |
| 10/14/2008 - | MRC | Conference with Dino, attorney for Manasteri re return of deposit.                                                                                                                                                                            | 0.20 320.00/hr | | 64.00 |
| -            | MRC | Telephone conference with Richard Schoenstadt re status of lease issues and negotiations.  Draft email to Ray Gwiaz re accounting for coupons.                                                                                                | 0.40 320.00/hr | | 128.00 |
| -            | JPC | Attended bankruptcy court hearing re status of sale.                                                                                                                                                                                          | 0.90 350.00/hr | | 315.00 |
| 10/16/2008 - | MRC | Telephone conference with Ray Gwiaz re filing of monthly operating reports, status of accounting for coupon/gift card program and credit and status of sale.  Review correspondence from the Landlord's attorneys and draft response advising of conversation with atty for Dock 465. | 0.40 320.00/hr | | 128.00 |
| 10/22/2008 - | MRC | Prepare and attend hearing on status of sale, adequate protection, assumption and assignment of lease and motion to borrow funds.  Negotiations with landlord re mechanic's lien issues. | 1.00 320.00/hr | | 320.00 |
| 10/24/2008 - | MRC | Review correspondence from Jon Vagano re status of negotiation for Dock 465.  Telephone conversations with Mike Demnicki re negotiations with Dock 465 and negotiations with Bridgview Bank. Review correspondence from William Connelly. | 1.25 320.00/hr | ④ | 400.00 − $133.33 |
| 10/27/2008 - | MRC | Corresepondence with atty for buyer and attorney for landlord re issue on closing.  Prepare for court status.                                                                                                                                 | 0.40 320.00/hr | | 128.00 |

Panacea Partners, LLC

| | | | Hrs/Rate | Tax# | Amount |
|---|---|---|---|---|---|
| 10/28/2008 - | MRC | Review email and loan committments from Park National and 5th 3rd to Dock465 Telephone conference with Richard Schoenstadt. Court appearance re status. Negotiations with Vagano re settlement or lease issues. | 1.60 320.00/hr | ④ | 512.00 −$128.00 |
| 10/29/2008 - | MRC | Telephone conference with Butler Capital re sale issues and adequate protection.  Draft letter to Richard Schoenstadt re sale and sale issues. | 0.50 320.00/hr | | 160.00 |
| 11/5/2008 - | MRC | Review email from Jon Vagono re status.  Telephone conference with B. Wagoda re amendment of agreement for extension of time to close transaction. | 0.50 320.00/hr | | 160.00 |
| - | MRC | Attendance at court hearing re status. | 1.00 320.00/hr | | 320.00 |
| - | MRC | Telephone conference with M. Demnicki re results of meeting with Handler.  Telephone conference with Wigoda re negotiations over additional time to close. | 0.50 320.00/hr | | 160.00 |
| 11/6/2008 - | MRC | Draft Excel spreadsheet outlining expected proceeds of sale and uses of funds. Email to client. Draft email to B. Connelly with spreadsheet re settlement negotiations with Matt Stoen.  Draft email to Bridgview Bank re status of sources and uses of proceeds and status of Bank's liquidation of other collateral.  Draft email to contractor for floor estimate, review response and send to Dean Georgelos. | 1.75 320.00/hr | ④ | 560.00 −$112.00 |
| - | MRC | Drafting outline of sale proceeds. Telephone conference and exchange email with S. Radke of Bridgeview Bank. Exchange emails with B. Connelly re meeting re Matt Stoen | 1.70 320.00/hr | ④ | 544.00 −$181.33 |
| - | MRC | Meeting with attorneys for Matt Stoen and second highest bid purchaser. | 2.70 320.00/hr | ④ | 864.00 −$864.00 |
| 11/10/2008 - | MRC | Telephone conference with Wilcox re subpoena against the Debtor.  Telephone conference with J. Vagano re lease negotiations. Voice message left with Richard Schoenstadt. Review payoff amounts from Butler Capital. | 0.60 320.00/hr | ④ | 192.00 −$48.00 |
| 11/11/2008 - | MRC | Telephone conference with Bank's attorney, Radke, re status of sale.  Review floor repair estimate:  Telephone conference with Vigoda, atty for Dock 465, re extension of contract closing date. | 0.70 320.00/hr | | 224.00 |
| - | MRC | Court appearance re status.  Negotiations with Landlord's atty and Buyer's atty.  Review email re scheduling conference with landlord.  Telephone conference with M. Demnicki re status of sale. | 1.10 320.00/hr | | 352.00 |

Panacea Partners, LLC

| Date | | | Description | Hrs/Rate | Tax# | Amount |
|---|---|---|---|---|---|---|
| 11/14/2008 | - | MRC | Telephone conferece with Vagano, Demnick and Dan Piedemonte re problems with Dock 465's financing.  Review and respond to Schoenstadt emails. | 0.80 320.00/hr | | 256.00 |
| 11/17/2008 | - | MRC | Review email from Vagano re bounced check. Telephone conference with Schoenstadt. Telephone conference with M. Demnicki re status of sale.  Prepare for hearing on objection to claim. | 1.25 320.00/hr | ④ | 400.00 −$180.00 |
| 11/19/2008 | - | MRC | Draft email to D. Piedemonte re Dock 465 and termination date of sale contract.  Telephone conference with M. Demnicki re meeting with Dock principals. Draft and review response email from Schoenstadt. Draft email and leave voice message for Vagono. | 0.70 320.00/hr | ④ | 224.00 −$112.00 |
| 11/20/2008 | - | MRC | Telephone conference with M. Demnicki, Ray Gwiaz re status of sale.  Telephone conference with B. Connelly re sale to Stoen's group and sale to Stoen.  Draft letter to Rose re status of Dock's purchase and request relief from provisions of the lease. | 1.20 320.00/hr | | 384.00 |
| 11/21/2008 | - | MRC | Telephone conference with M. Demnicki re status of sale of restaurant and demand from Landlord.  Telephone conference with Radke. Draft email to Richard Schoenstadt. | 1.40 320.00/hr | ④ | 448.00 −$298.67 |
| 11/24/2008 | - | MRC | Negotiations with Jay Vohra and Mike Demnicki re restructuring sale of the restaurant. | 2.50 320.00/hr | | 800.00 |
| | - | MRC | Court appearance re status of sale.  Conference with M. Demnicki and Dean Georgelos re status of sale. Telephone conference with Jay Vohra. Negotiations with landlord and Dock's attorney. Review and calculate Butler Capital's claim.  Telephone conferences with M. Demnicki. | 2.25 320.00/hr | ④,⑦ | 720.00 ($240 + $72) − $312 |
| | - | MRC | Telephone conference with Demnicki re status of deal with Dock and Panacea Partners litigation claims against Matt Stoen. | 0.50 320.00/hr | | 160.00 |
| 11/26/2008 | - | MRC | Review Sale Order.  Correspondence to B. Connelly re Laguna purchase of restaurant pursuant to bid. | 0.50 320.00/hr | | 160.00 |
| 12/1/2008 | - | MRC | Telephone conference with Dock 465 re payment of phone bills and utilities.  Review motion from Connelly re return of earnest money. Telephone conference with Connelly. Telephone conference with M. Demnicki re Dock 465 latest proposal. | 1.80 320.00/hr | ④ | 576.00 −$144.00 |
| 12/2/2008 | - | MRC | Court appearance re Laguna's motion for return of earnest money.  Review guaranty of lease and draft email to Connelly re Stoen's contribution to lease payments. Telephone conference with M. Demnicki re meeting with J. Vohra. | 1.70 320.00/hr | | 544.00 |

Panacea Partners, LLC

| | | | Hrs/Rate | Tax# | Amount |
|---|---|---|---|---|---|
| 12/8/2008 - | MRC | Draft brief in response to Stoen's motion for return of earnest money.  Telephone conferences with Jay Vohra, Jon Vagano and Mike Demnicki re status of sale. | 5.70 320.00/hr | 7 | 1,824.00  -$182.40 |
| 12/16/2008 - | MRC | Court appearance re Matt Stoen's request for return of earnest money.  Telephone conference advising Michael Demnicki. | 1.10 320.00/hr | 4 | 352.00  -$176 |
| 1/5/2009 - | MRC | Draft notice of default of APA agreement and demand to retain earnest money.  Draft notice to Piedemonte to turn over earnest money. | 0.75 320.00/hr | | 240.00 |
| 1/13/2009 - | MRC | Telephone conferences with Mike Demnicki and Jay Vohra re turnover of funds and motion to dismiss bankruptcy. | 0.60 320.00/hr | | 192.00 |
| - | MRC | Telephone conferences with Mike Demnicki and Jay Vohra re turnover of funds and motion to dismiss bankruptcy. | 0.60 320.00/hr | | 192.00 |
| 1/20/2009 - | MRC | Review correspondence re Piedemonte's turnover to trustee of bid deposit of Dock 465. | 0.20 320.00/hr | | 64.00 |
| 11/16/2009 - | MRC | Telephone voice message from Skadden Arps re earnest money deposit return. | 0.20 320.00/hr | | 64.00 |
| | | For professional services rendered | 136.05 | | $43,563.00 |