**FILED**

**JAN 25 2011**

**EUGENE R. WEDOFF,
BANKRUPTCY JUDGE**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re: ) | |
| ) | |
| ) | Case No. 08 B 17391 |
| PANACEA PARTNERS LLC ) | |
| ) | |
| ) | Chapter 7 |
| ) | |
| Debtor. ) | |
| ) | |

**FINDINGS OF FACT AND CONCLUSIONS OF LAW IN SUPPORT OF ORDER AWARDING TO FRANK/GECKER LLP, TRUSTEE'S COUNSEL, FOR ALLOWANCE AND PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES**

| | | | |
|---|---|---|---|
| TOTAL FEES REQUESTED: | $53,861.00 | TOTAL COSTS REQUESTED: | $43.65 |
| TOTAL FEES REDUCED: | $65.00 | TOTAL COSTS REDUCED: | $00.00 |
| TOTAL FEES ALLOWED: | $53,796.00 | TOTAL COSTS ALLOWED: | $43.65 |

**TOTAL FEES AND COSTS ALLOWED: $53,839.65**

The attached time and expense entries have been underlined to reflect disallowance in whole or in part. The basis for each disallowance is reflected by numerical notations that appear on the left of each underlined entry. The numerical notations correspond to the enumerated paragraphs below.

(7)     **Lumping**
The Court may impose a ten percent penalty for "lumping." *In re Wildman*, 72 B.R. 700, 709 (Bankr. N.D. Ill. 1987) ("Applicants may not circumvent the minimum time requirement or any of the requirements of detail by "lumping" a bunch of activities into a single entry. [citation omitted]. Each type of service should be listed with the corresponding specific time allotment.").

Dated:  **2 5 JAN 2011**

_____
Eugene R. Wedoff
United States Bankruptcy Judge

1

Frances Gecker, Chapter 7 Trustee  
Invoice Dated: December 30, 2010

Page    8

**Regarding:   Panacea Partners, LLC - Chapter 7 Estate**

For Professional Services Rendered Through November 30, 2010  
Per Attached Description:

Invoice #:   4102

| Date | Description | Hours | Amount |
|---|---|---|---|
| 6/9/2010 | Review operating reports regarding unauthorized payments to accountant; review ninety day pre-petition payment history; review employment history of Shaefer & Assocaites.<br>Zane L. Zielinski | 2.00 | $650.00<br>−$65 |
| 6/9/2010 | Review and examine Debtor's documents and records at De La Costa location related to potential litgation.<br>William Cross | 2.00 | $360.00 |
| 6/10/2010 | Meeting with Zane Zielinski regarding review of Debtor's books and records and potential adversary litigation.<br>William Cross | 0.10 | $18.00 |
| 6/10/2010 | Examine and analyze Debtor's books and records and other materials regarding potential adversary litigation.<br>William Cross | 2.00 | $360.00 |
| 6/10/2010 | Review potential preference actions (.5); conference with William Cross regarding preparing preferential transfers complaints (.1); review files relates to potential fraudulent transfers (.4).<br>Zane L. Zielinski | 1.00 | $325.00 |
| 6/11/2010 | Review and analyze Debtor's bank records and other documents and draft adversary complaints to recover preferences and fraudulent transfers.<br>William Cross | 1.20 | $216.00 |
| 6/11/2010 | Meetings with Zane Zielinski regarding potential adversary litigation.<br>William Cross | 0.10 | $18.00 |
| 6/11/2010 | Review Debtor's bank records regarding potential preference payments and draft and revise demand letter to Schaefer and Associates.<br>William Cross | 0.50 | $90.00 |
| 6/11/2010 | Organize and analyze Debtors bank records and other company documents regarding potential adversary litigation.<br>William Cross | 1.00 | $180.00 |
| 6/11/2010 | Review demand letter to Schaefer & Associates<br>Zane L. Zielinski | 0.10 | $32.50 |
| 6/14/2010 | Draft and revise and prepare exhibits for adversary complaint against Dean Georgelos.<br>William Cross | 0.30 | $54.00 |

(7)