UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| PANACEA PARTNERS, LLC | § | Case No. 08-17391 |
| | § | |
| Debtor(s) | § | |

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Frances Gecker, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
Kenneth S. Gardner
219 S. Dearborn Street
7th Floor
Chicago, Illinois 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00 AM on 08/20/2013 in Courtroom 744,
United States Courthouse
219 S. Dearborn Street
Chicago, Illinois 60604

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 07/19/2013            By: _____

*Frances Gecker*
*325 N. LaSalle Street*
*Suite 625*
*Chicago, IL 60654*

UST Form 101-7-NFR (5/1/2011) *(Page: 1)*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| In re: | § | |
|---|---|---|
| | § | |
| PANACEA PARTNERS, LLC | § | Case No. 08-17391 |
| | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 486,220.74 |
| and approved disbursements of | $ | 469,569.65 |
| leaving a balance on hand of[1] | $ | 16,651.09 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 000039 | MICHAEL DEMNICKI | $ 123,000.00 | $ 123,000.00 | $ 0.00 | $ 0.00 |
| 000040 | MICHAEL DEMNICKI | $ 585,000.00 | $ 585,000.00 | $ 230,000.00 | $ 0.00 |
| 000043 | THE RECEIVERSHIP OF JASON HYATT | $ 768,086.80 | $ 768,086.80 | $ 0.00 | $ 0.00 |

| | | |
|---|---|---|
| Total to be paid to secured creditors | $ | 0.00 |
| Remaining Balance | $ | 16,651.09 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) (Page: 2)

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Frances Gecker | $ 9,500.00 | $ 0.00 | $ 9,500.00 |
| Attorney for Trustee Fees: FRANK/GECKER LLP | $ 53,796.00 | $ 53,796.00 | $ 0.00 |
| Attorney for Trustee Expenses: FRANK/GECKER LLP | $ 43.65 | $ 43.65 | $ 0.00 |
| Accountant for Trustee Fees: ALAN D. LASKO & ASSOCIATES, P.C. | $ 8,583.50 | $ 6,583.50 | $ 2,000.00 |
| Accountant for Trustee Expenses: ALAN D. LASKO & ASSOCIATES, P.C. | $ 49.00 | $ 28.60 | $ 20.40 |
| Other: Illinois Department of Revenue | $ 241,118.14 | $ 0.00 | $ 0.00 |
| Other: INTERNATIONAL SURETIES, LTD. | $ 40.25 | $ 40.25 | $ 0.00 |

Total to be paid for chapter 7 administrative expenses   $   11,520.40

Remaining Balance   $   5,130.69

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Other: MICHAEL DEMNICKI | $ 5,130.69 | $ 0.00 | $ 5,130.69 |

Total to be paid for prior chapter administrative expenses   $   5,130.69

Remaining Balance   $   0.00

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 2,056,615.22 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000023B | Illinois Department of Revenue | $ 347,578.01 | $ 33,333.33 | $ 0.00 |
| 000028C | INTERNAL REVENUE SERVICE | $ 1,225,111.30 | $ 1,452.81 | $ 0.00 |

UST Form 101-7-NFR (5/1/2011) (Page: 3)

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000038 | CINDY O'DROBINAK AS RECEIVER | $ 242,807.77 | $ 33,333.33 | $ 0.00 |
| | Total to be paid to priority creditors | | $ | 0.00 |
| | Remaining Balance | | $ | 0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 1,623,685.62 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | PEOPLES GAS LIGHT AND COKE CO | $ 5,761.10 | $ 0.00 | $ 0.00 |
| 000002 | ELIZABETH BERGER ASSOCIATES | $ 20,124.20 | $ 0.00 | $ 0.00 |
| 000003 | RESTAURANT STAINLESS | $ 790.00 | $ 0.00 | $ 0.00 |
| 000004 | ACCIDENT FUND | $ 3,032.00 | $ 0.00 | $ 0.00 |
| 000005B | Illinois Department of Employment Security | $ 14,602.78 | $ 0.00 | $ 0.00 |
| 000007 | JUDGE AND DOLPH LTD. | $ 5,586.49 | $ 0.00 | $ 0.00 |
| 000008 | LEIGH COMMUNICATIONS, INC. | $ 9,265.50 | $ 0.00 | $ 0.00 |
| 000009 | MODERN LUXURY MEDIA, INC. | $ 35,510.00 | $ 0.00 | $ 0.00 |
| 000010 | J.D.Y., INC. | $ 22,394.60 | $ 0.00 | $ 0.00 |
| 000011 | Southern Wine & Spirits | $ 16,582.07 | $ 0.00 | $ 0.00 |
| 000012B | TESTA PRODUCE, INC. | $ 27,278.62 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000013 | CHICAGO WINE SOURCE | $ 884.96 | $ 0.00 | $ 0.00 |
| 000014 | GOURMET SPICE CO. | $ 1,026.29 | $ 0.00 | $ 0.00 |
| 000015B | Dell Financial Services, LLC | $ 1,183.32 | $ 0.00 | $ 0.00 |
| 000016 | ECOLAB, INC. | $ 755.21 | $ 0.00 | $ 0.00 |
| 000017 | BOELTER COMPANIES | $ 8,630.12 | $ 0.00 | $ 0.00 |
| 000018 | OpenTable, Inc | $ 4,599.13 | $ 0.00 | $ 0.00 |
| 000019 | PLITT COMPANY, THE | $ 13,362.41 | $ 0.00 | $ 0.00 |
| 000020 | Employers Assurance Company | $ 18,126.00 | $ 0.00 | $ 0.00 |
| 000021 | XO Communications Inc | $ 105.71 | $ 0.00 | $ 0.00 |
| 000022 | Wilcox & Christopoulos,LLC | $ 5,326.05 | $ 0.00 | $ 0.00 |
| 000023A | Illinois Department of Revenue | $ 48,486.30 | $ 0.00 | $ 0.00 |
| 000024 | BON VIVANT Distributing | $ 808.98 | $ 0.00 | $ 0.00 |
| 000025 | Suhail Inc | $ 16,027.92 | $ 0.00 | $ 0.00 |
| 000027 | Xerox Corp | $ 25,650.16 | $ 0.00 | $ 0.00 |
| 000028B | INTERNAL REVENUE SERVICE | $ 49,994.54 | $ 0.00 | $ 0.00 |
| 000029 | Judith A. Arndt | $ 75.00 | $ 0.00 | $ 0.00 |
| 000031 | SOUTHERN WINE & SPIRITS | $ 16,582.07 | $ 0.00 | $ 0.00 |
| 000032 | JUDITH A. ARNDT | $ 75.00 | $ 0.00 | $ 0.00 |
| 000035 | SYSCO FOOD SERVICES - CHICAGO, INC. | $ 42,850.09 | $ 0.00 | $ 0.00 |
| 000037 | RED HEN BREAD CORP. | $ 1,614.00 | $ 0.00 | $ 0.00 |
| 000042 | THE RECEIVERSHIP OF JASON HYATT | $ 1,206,595.00 | $ 0.00 | $ 0.00 |

| | | |
|---|---|---|
| Total to be paid to timely general unsecured creditors | $ | 0.00 |
| Remaining Balance | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/Frances Gecker
Chapter 7 Trustee

*Frances Gecker*
*325 N. LaSalle Street*
*Suite 625*
*Chicago, IL 60654*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

```
                              United States Bankruptcy Court
                              Northern District of Illinois
In re:                                                                  Case No. 08-17391-ERW
Panacea Partners, LLC                                                   Chapter 7
      Debtor                         CERTIFICATE OF NOTICE
District/off: 0752-1           User: mflowers               Page 1 of 4                   Date Rcvd: Jul 22, 2013
                               Form ID: pdf006              Total Noticed: 137


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 24, 2013.
db           +Panacea Partners, LLC,    465 East Illinois Street,    Chicago, IL 60611-4305
aty          +William Cross,   Frank/Gecker LLP,    325 N. LaSalle St.,    Chicago, IL 60654-6465
12491532     +2 N Riverside Plaza suite 950,    Chicago,IL 60606-2614
12389184      ACCIDENT FUND,   NATIONAL INSURANCE COMPANY,    DETROIT, MI 48277-0125
12389185     +ALLEN PAPER COMPANY,   641 W. LAKE ST.,    CHICAGO, IL 60661-1058
12389186      AMCOMP ASSURANCE CORP,   P.O. BOX 863525,    ORLANDO, FL 32886-3525
12641063    +++AMComp Assurance Inc,   C/O Chrysty Ray,    Pob 40819,    Indianapolis,IN 46240-0819
12389187     +AMERICAN MASS MEDIA,   207 E OHIO ST.,    CHICAGO, IL 60611-3238
12389189      AUTOMATIC ICEMAKERS, LLC,    P.O. BOX 5436,   CHICAGO, IL 60680-5436
12491563     +Art Institute,   964 Edgrebrook Lane,    Northbrook,IL 60062-8618
12389190     +BANNER PLUMBING,   5228 N. ELSTON AVE.,    CHICAGO, IL 60630-1685
12389191      BEVINCO,   ILLINOIS REGIONAL OFFICE,    HOFFMAN ESTATES, IL 60192
12389192      BOELTER COMPANIES,   N22 W23685 RIDGEVIEW PARKWAY WEST,     WAUKESHA, IL 53188-1013
12389193     +BON VIVANT Distributing,    1100 W. MONTROSE AVE. #504,    CHICAGO, IL 60613-5525
12389194      CHICAGO DEPARTMENT OF REVENUE,    PAYMENT PROCESSING DIVISION,    CHICAGO, IL 60602-1288
12389195     +CHICAGO PARTY RENTAL,   9480 W. 55TH STREET,    MCCOOK, IL 60525-3694
12389196      CHICAGO REST. GUIDE,   954 W. WILLOW STREET,    CHICAGO, IL 60614-5065
12389198      CINTAS CORPORATION #21,    P.O. BOX # 5,   BEDFORD PARK, IL 60499-0005
12389199     +CLEAR CHANNEL,   3898 COLLECTION CENTER,    CHICAGO, IL 60693-0038
12389201      COMMONWEALTH PACKAGING,    PACKAGING CO.,   HARRISBURG, PA17112
12389202    #+CREAM WINE COMPANY,    118 N. PEORIA ST.,   CHICAGO, IL 60607-2394
12491604      Carrie Merrit,   2 S Moreland Ave,    Glendale, MO 63122
12491566     +Charlotte Kimble,   216 Enchanted Est,    Crokett,TX 75835-2256
16638842    +++Cindy O’Drobinak as receiver for,    200 West Madison Street suite 3000,    Chicago,IL 60606-3417
12491607     +City of Chicago Dept of Rev,    22149 Network Place,    Chicago,IL 60673-1221
12491602     +Cornell Club of Chicago,    Pob 832,   Ithaca,NY 14851-0832
12389203     +DATA WAVE,   1440 N. KINGSBURY SUITE 5,    CHICAGO, IL 60642-2690
12389204      DELL BUSINESS CREDIT,   PAYMENT PROCESSING CENTER,    CAROL STREAM, IL 60197-5275
12389205     +DINING OUT,   1151 N. STATE STREET,    CHICAGO, IL 60610-2722
12389207      EDWARD DON & COMPANY,   ATTN: LIANE BLAUW,    NORTH RIVERSIDE, IL 60546
12389208     +ELIZABETH BERGER ASSOCIATES,    1165 NORTH CLARK STREET,    CHICAGO, IL 60610-2702
12389209     +EUROPEAN IMPORTS LTD.,   4494 PAYSPHERE CIRCLE,    CHICAGO, IL 60674-0044
12389210    #+EXPERIENTIAL AGENCY,    875 N MICHIGAN AVE,   CHICAGO, IL 60611-1809
12491606     +Edelman,   200 E Randolph Drv 63rd flr,    Chicago,IL 60601-6705
16711893     +Employers Assurance Company,    255 California Street suite 900,    San Francisco,CA 94111-4920
12491559     +Enterprise Fleet,   395 Roosevelt Rd,    Glen Ellyn,IL 60137-5653
12491610     +European Restaurant Group Inc,    3816 Howard Ave,   Western Springs, IL 60558-1210
12389211      FEDEX,   PO BOX 94515,   PALATINE, IL 60094-4515
12389275      FELICE ROSE,   SCHIFF HARDIN LLP,    6600 SEARS TOWER,    CHICAGO, IL 60606-6473
12389212      FORTUNE FISH,   DEPT. 5266,    MILWAUKEE, WI 53201-3090
12491561     +Fred Allen and Assc,   Pob 12070,    Columbia,SC 29211-2070
12389213      GARVEY’S OFFICE PRODUCTS,    P.O. BOX 74044,   CHICAGO, IL 60690-4044
12389214     +GOURMET SPICE CO.,   P.O. BOX 9421,    NAPERVILLE, IL 60567-0421
12389215      GOYA FOODS, INC.,   36744 EAGLE WAY,    CHICAGO, IL 60678-1367
12389216     +H2VINO,   560 W. ROSCOE,   CHICAGO, IL 60657-3529
12389217     +HAYES MECHANICAL,   2160 N. ASHLAND AVE.,    CHICAGO, IL 60614-3034
12389218     +HERITAGE WINE CELLARS, LTD.,    6600 W. HOWARD STREET,    NILES, IL 60714-3306
12491537     +HFR Asset Management,   10 S Riverside plaza suite 700,     Chicago, IL 60606-3798
12389219     +IDES,   33 SOUTH STATE STREET,    CHICAGO, IL 60603-2808
12747531    ++ILLINOIS DEPARTMENT OF REVENUE,    P O BOX 64338,   CHICAGO IL 60664-0338
             (address filed with court: Illinois Department of Revenue,     Bankruptcy Unit,
               100 W. Randolph., #7-400,   Chicago, IL 60601)
12389221     +IMPACT GRAPHICS,   314 CENTRAL AVE.,    DEDHAM, MA 02026-4845
12389268     +IRS (FED TAX AND FICA/MED),    230 S DEARBORN ST,   CHICAGO, IL 60604-1688
12445518     +Illinois Department of Employment Security,    33 South State Street,
               Chicago, Illinois 60603-2808
12389220      Illinois Department of Revenue Bankruptcy Section,    P.O. Box 64338,   Chicago, IL 60664-0338
12491534     +Illinois dept of Rev,   100 W Randolph suite 7-499,    Chicago,IL 60601-3290
12389222     +J L KOPECKY LAW,   190 S LA SALLE STREET,    CHICAGO, IL 60603-3555
12389223     +J.D.Y., INC.,   5135 N. CLAREMONT,    CHICAGO, IL 60625-8445
12389224     +JAGOLI,   401 N. WESTERN AVE.,    CHICAGO, IL 60612-1672
12389270     +JASON HYATT,   38 W 387 CLUBHOUSE DRIVE,    ST CHARLES, IL 60175-6178
12389225      JUDGE AND DOLPH LTD.,   P.O. BOX 809180,    CHICAGO, IL 60690-9180
16311359     +Jay K Levy & Associates,    PO Box 1181,   Evanston, IL 60204-1181,    Attorney for Plitt
12491562     +Jenner and Block,   330 N Wabash Ave,    Chicago,IL 60611-3586
14213468     +Judith A. Arndt,   N1810 Reimer Drive,    Greenville, WI 54942-9036
12389226     +LA MOZZARELLA,   4999 CHAMBERS DR.,    BARRINGTON, IL 60010-5650
12458217     +LEIGH COMMUNICATIONS, INC.,    C/O STEIN & ROTMAN,   105 W. MADISON ST. #600,
               CHICAGO, IL 60602-4672
12389227     +LIQUOR LICENSE SOLUTIONS,    414 N. ORLEANS,   CHICAGO, IL 60654-4421
12491565     +LSV Management,   2035 Racine,    Chicago,IL 60614-4013
12491557     +Luccin Lagrange,   605 N Michigan Ave,    Chicago,IL 60611-3141
12389228    #+MARON STRUCTURE TECHNOLOGIES,    6207 W. HOWARD STREET,    NILES, IL 60714-3403
12389269     +MICHAEL DEMNICKI,   800 S ROSELLE ROAD,    SCHAUMBURG, IL 60193-3965
```

```
District/off: 0752-1           User: mflowers              Page 2 of 4                   Date Rcvd: Jul 22, 2013
                               Form ID: pdf006             Total Noticed: 137


12389229     +MICKEY'S LINEN TOWEL SUPPLY,    4601 W ADDISON,    CHICAGO, IL 60641-9911
12389230     +MIDWEST INDUSTRIAL LIGHTING, INC,    919 W. 38TH ST.,    CHICAGO, IL 60609-1491
12458248     +MODERN LUXURY MEDIA, INC.,    C/O STEIN & ROTMAN,    105 W. MADISON ST. #105,
               CHICAGO, IL 60602-4602
12389232     +MOUNT HOPE WHOLESALE, INC.,    853 S. MAIN STREET,    COTTONWOOD, AZ 86326-4610
12491608    #+Maron Structure Tech,    6207 W Howard St,    Niles,IL 60714-3403
12491612     +Matt Stoen,    531 7th Street,    Santa Monica,CA 90402-2707
12389233      NATIONAL ADVERTISERS ACCOUNTING, INC.,     P.O. BOX 2222,    DES PLAINES, IL 60017-2222
12389234     +NATIONAL BUSINESS PRODUCTS,    277 MALLORY STATION RD. #127,     FRANKLIN, TN 37067-8292
12389235     +NATIONAL RESTAURANT ASSOCIATION,    33 WEST MONROE,    CHICAGO, IL 60603-5300
12389236     +NOVOVIO WINE,    630 N. FRANKLIN,    CHICAGO, IL 60654-8327
12491558     +On the Scene Amagen,    500 N Dearborn St suite 500,    Chicago,IL 60654-6693
12491605     +Operation Walk,    680 N Lakeshore Dr # 1028,    Chicago, IL 60611-4451
12491609     +Orteccto,   830 N Addison Ave,    Elmhurst,IL 60126-1218
12491603     +Ortho Neutorgena,    124 Lockwood Rd,    Riverside,CT 06878-1813
12389237      PEOPLES GAS,    CHICAGO, IL 60687-0001
12415773     +PEOPLES GAS LIGHT AND COKE CO,    130 E RANDOLPH DRIVE,    CHICAGO, IL 60601-6203
12389238     +PLITT COMPANY, THE,    Attn: Levy Associates,    PO Box 1181,    Evanston, Il 60204-1181
12389239     +PROGRAM ONE,    960 RAND RD,    DES PLAINES, IL 60016-2300
12389240     +PROTECTCO,    830 N. ADDISON AVE.,    ELMHURST, IL 60126-1218
12516649     +Paula K. Jacobi,    Barnes & Thornburg LLP,    One North Wacker Drive,suite 4400,
               Chicago,IL 60606-2841
12389241      RADIANT SYSTEMS,    P.O. BOX 198755,    ATLANTA, GA 30384-8755
12389242     +RED HEN BREAD CORP.,    250 N. WESTERN AVENUE,    CHICAGO, IL 60612-2224
12389243     +REFRIGERATION SYSTEMS OF ILLINOIS,     12540 S. HOLIDAY DRIVE,    ALSIP, IL 60803-3254
12389244      REPUBLIC OF TEA,    P.O. BOX 78668,    ST. LOUIS, MO 63178-8668
12389247     +SHEQUE, LLC,    111 W. MAPLE ST.,    CHICAGO, IL 60610-5401
12389248     +SHOW IT (ESSANNAY),    851 W. GRAND AVE.,    CHICAGO, IL 60642-6564
12389249     +SILVER MISHKIN,    ATTORNEYS AT LAW,    400 SKOKIE BLVD.,    NORTHBROOK, IL 60062-2816
12389251     +SOUND INVESTMENT,    516 N. OGDEN AVE.,    CHICAGO, IL 60642-6421
12389252      SOUTHERN WINE & SPIRITS,    2971 PAYSPHERE CIRCLE,    CHICAGO, IL 60674-2971
12389253     +STANDARD PARKING,    900 NORTH MICHIGAN,    CHICAGO, IL 60611-1846
12389254     +STOLLER WHOLESALE WINES,    3325 MT. PROSPECT RD.,    FRANKLIN PARK, IL 60131-1337
12389273     +SUHAIL BUTT,    2041 WEST CARROLL ST C231,    CHICAGO, IL 60612-1692
12389255     +SUNNYSIDE BUILDERS,    455 SUNNYSIDE AVE,    ELMHURST, IL 60126-3754
12389256     +SUPREME LOBSTER AND SEAFOOD,    220 E . NORTH AVENUE,    VILLA PARK, IL 60181-1207
12389257      SYSCO FOOD SVCS-CHICAGO, INC.,    PO BOX 5037,    DES PLAINES, IL 60017-5037
12491536     +Slingmax,    Pob 2423,    Aston,PA 19014-0423
12469381     +Southern Wine & Spirits,    300 East Crossroads Parkway,    Bolingbrook, IL 60440-3516
12827449     +Suhail Inc,    C/O Zubair A. khan,    560 W Washington blve suite 240,    Chicago,IL 60661-2695
16319384     +Sysco Food Services - Chicago, Inc.,     c/o McMahan & Sigunick, Ltd.,    412 S. Wells St., 6th Fl.,
               Chicago, IL 60607-3972
12389258     +TEN SPEED PRESS,    P.O. BOX 7123,    BERKELEY, CA 94707-0123
12389259      TESTA PRODUCE, INC.,    P.O. BOX 33830,    CHICAGO, IL 60608
12491560     +TM Institutional Services,    318 W Adams suite 900,    Chicago,IL 60606-5173
16640123    +++The Receivership Estate of Jason Hyatt,    205 West Wacker Drive suite 1818,
               Chicago,IL 60606-1429
12491564     +Transwestern,    200 West Madison suite 3300,    Chicago,IL 60606-1616
12389260      UNION BEVERAGE COMPANY,    23734 NETWORK PLACE,    CHICAGO, IL 60673-1237
12491538     +University of Chicago,    5801 S Ellis Ave,    Chicago,IL 60637-1546
12389261    #+VINTAGE WINES, LLC,    242 BEINORIS DR.,    WOOD DALE, IL 60191-1250
12389262      VISTA PRINT USA,    ATTN: PAYMENT PROCESSING,    LEXINGTON, MA 02421
12389263     +WABASH SEAFOOD CO.,    2249 W. HUBBARD STREET,    CHICAGO, IL 60612-1613
12389264     +WEAVER MULTIMEDIA GROUP,    2420 ALCOTT STREET,    DENVER, CO 80211-4813
12389274     +WILLIAM T. NEARY, U.S. TRUSTEE,    REGIONAL OFFICE,    219 S. DEARBORN STREET,    ROOM 873,
               CHICAGO, IL 60604-2027
12491567     +WS Life,    2008 Highwater Rd,    Villa Hills, KY 41017-3755
12693849     +Wilcox & Christopoulos,LLC,    414 N Orleands suite 602,    Chicago,IL 60654-4486
12389267      ZEE MEDICAL, INC.,    P.O. BOX 781494,    INDIANAPOLIS, IN 46278-8494

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
12389188      E-mail/Text: g17768@att.com Jul 23 2013 02:15:25      AT&T,    P.O. BOX 8100,
               AURORA, IL 60507-8100
12389271     +E-mail/Text: kevin.ameriks@bridgeviewbank.com Jul 23 2013 02:16:56      BRIDGEVIEW BANK,
               4753 NORTH BROADWAY,    CHICAGO, IL 60640-4986
12491533     +E-mail/Text: jreaver@butlercapital.com Jul 23 2013 02:18:13      Butler Capital Corp,   Pob 677,
               Hunt Valley , MD 21030-0677
12389200      E-mail/Text: legalcollections@comed.com Jul 23 2013 02:12:25      COMED,    BILL PAYMENT CENTER,
               CHICAGO, IL 60668-0001
12506446      E-mail/Text: resurgentbknotifications@resurgent.com Jul 23 2013 02:07:27
               Dell Financial Services, LLC,    c/o Resurgent Capital Services?,    P.O. Box 10390,
               Greenville, SC 29603-0390
13922163     +E-mail/Text: cio.bncmail@irs.gov Jul 23 2013 02:05:03      Department of the Treasury,
               INTERNAL REVENUE SERVICE,    Pob 7346,    Philadelphia,PA 19101-7346
12389206      E-mail/Text: bankruptcynotices@ecolab.com Jul 23 2013 02:18:01      ECOLAB, INC.,   P.O. BOX 70343,
               CHICAGO, IL 60673-0343
12491535      E-mail/Text: cio.bncmail@irs.gov Jul 23 2013 02:05:03      Internal Rev Service,
               230 S Dearborn 26th flr,    Chicago,IL 60604
12574189     +E-mail/Text: areddy@opentable.com Jul 23 2013 02:16:08      OpenTable, Inc,
               799 Market St, 4th Floor,    San Francisco, CA 94103-2048
```

```
District/off: 0752-1           User: mflowers             Page 3 of 4              Date Rcvd: Jul 22, 2013
                               Form ID: pdf006            Total Noticed: 137

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
12389265      E-mail/Text: vanessa.adams@xerox.com Jul 23 2013 02:16:30      XEROX,    P.O. BOX 802555,
               CHICAGO, IL 60680-2555
12389266     +E-mail/Text: brad.lee@xo.com Jul 23 2013 02:11:54      XO COMMUNICATIONS,    8851 SANDY PKWY,
               SANKY, UT 84070-6408
12659581     +E-mail/Text: brad.lee@xo.com Jul 23 2013 02:11:54      XO Communications Inc,    Brad Lee,
               105 Molloy Street suite 300,    Nashville, TN 37201-2315
12947466     +E-mail/Text: vanessa.adams@xerox.com Jul 23 2013 02:16:30      Xerox Corp,
               Xerox Capital Services LLC,    attn: Vanessa Adams,   Pob 660506,    Dallas, TX 75266-0506
                                                                                              TOTAL: 13

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
12491531       Rewards Network Establishment
12491539       US Eauities Realty
12450151*     +Illinois Department of Employment Security,   33 South State Street,
               Chicago, Illinois 60603-2808
12491611*     +Jason Hyatt,   38 W 387 Clubhouse Drive,   St Charles,IL 60175-6178
12491556     ##+Boston Consulting Group,   200 S Wacker Drive 27th flr,    Chicago,IL 60606-5813
12389197     ##+CHICAGO WINE SOURCE,   6243 N SAUGANASH,   CHICAGO, IL 60646-5053
12389231      ##MODERN LUXURY MAGAZINES,   P.O. BOX 512808,   LOS ANGELES, CA 90051-0808
15895899     ##+Matthew Chagdes,   5617 N. Kedvale Ave,   Chicago, Illinois 60646-6708,    (312)914-1565
12389245     ##+RESTAURANT STAINLESS,   356 WILLOWBROOK WAY,   GENEVA, IL 60134-4680
12389246     ##+RIVER EAST ART CENTER,   401 E ILLINOIS STREET,   CHICAGO, IL 60611-5018
12389272     ##+RIVER EAST PLAZA,   401 EAST ILLINOIS  SUITE 324,   CHICAGO, IL 60611-5018
12389250     ##+SOLEX PARTNERS,   3701 N. RAVENSWOOD AVE.,   CHICAGO, IL 60613-3553
                                                                                 TOTALS: 2, * 2, ## 8

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '+++' were transmitted to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(e).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 24, 2013**                **Signature:** *Joseph Speetjens*

```
District/off: 0752-1          User: mflowers              Page 4 of 4                  Date Rcvd: Jul 22, 2013
                              Form ID: pdf006             Total Noticed: 137
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 19, 2013 at the address(es) listed below:

        Chester H. Foster, Jr.    on behalf of Creditor Michael   Demnicki chf@fosterlegalsvcs.com, dbf@fosterlegalservices.com
        David A Ward    on behalf of Interested Party    Artlow Systems, Inc. wardmetti@msn.com
        Deborah L. Thorne    on behalf of Creditor Robert P Handler dthorne@btlaw.com,   jbennett@btlaw.com
        Frances   Gecker    fgecker@fgllp.com, fgecker@ecf.epiqsystems.com;zzielinski@fgllp.com;csmith@fgllp.com
        Frances   Gecker    on behalf of Consultant Alan D Lasko fgecker@fgllp.com, fgecker@ecf.epiqsystems.com;zzielinski@fgllp.com;csmith@fgllp.com
        Gretchen   Wehrenberg Stewart    on behalf of Creditor    Testa Produce, Inc. stewart@pacaenforcer.com
        Herman J. Marino    on behalf of Intervenor Jack   Neurauter hjmarino@marinotaxlaw.com
        Jon C Vigano    on behalf of Creditor    River East Plaza, LLC jvigano@schiffhardin.com, edocket@schiffhardin.com;rkafferly@schiffhardin.com
        Kevin C. Driscoll    on behalf of Creditor Robert P Handler kevin.driscoll@btlaw.com, jriazi@btlaw.com;ddotts@btlaw.com
        Lauren N. Beslow    on behalf of Creditor    Rewards Network Establishment Services Inc Lauren.Beslow@quarles.com,   Faye.Feinstein@quarles.com
        Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
        Paula K. Jacobi, Esq.    on behalf of Creditor Robert P Handler pjacobi@btlaw.com, jsantana@btlaw.com;jbennett@btlaw.com
        Robert P Handler    on behalf of Creditor Robert P Handler rhandler@com-rec.com
        William   Cross    on behalf of Plaintiff Frances   Gecker   not individually, but as Chapter 7 Trustee wcross@fslegal.com
        William   Cross    on behalf of Plaintiff Frances   Gecker wcross@fslegal.com
        William J Connelly    on behalf of Creditor Matthew   Stoen wconnelly@hinshawlaw.com
        William J Connelly    on behalf of Interested Party    Laguna Partners, LLC, a business entity in formation wconnelly@hinshawlaw.com
        Zane L Zielinski    on behalf of Plaintiff Frances   Gecker zzielinski@fgllp.com, csmith@fgllp.com;dortiz@fgllp.com;ccarpenter@fgllp.com
        Zane L Zielinski    on behalf of Trustee Frances   Gecker zzielinski@fgllp.com, csmith@fgllp.com;dortiz@fgllp.com;ccarpenter@fgllp.com
        Zane L Zielinski    on behalf of Attorney    Frank/Gecker LLP zzielinski@fgllp.com, csmith@fgllp.com;dortiz@fgllp.com;ccarpenter@fgllp.com
        Zane L Zielinski    on behalf of Consultant Alan D Lasko zzielinski@fgllp.com, csmith@fgllp.com;dortiz@fgllp.com;ccarpenter@fgllp.com
        Zubair A. Khan    on behalf of Creditor    Suhail Inc zubair@rabkhan.com,   Jennifer@rabkhan.com

                                                                              TOTAL: 22