# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF
### DIVISION

In re:                                     §
                                           §
PANACEA PARTNERS, LLC                      §          Case No. 08-17391
                                           §
          Debtor(s)                        §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Frances Gecker, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)  All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $                    (see **Exhibit 1**), minus funds paid to the debtor and third parties of $                (see **Exhibit 2**), yielded net receipts of $                    from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4)  This case was originally filed under chapter     on          , and it was converted to chapter 7 on          .  The case was pending for     months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____   By:/s/Frances Gecker _____
                                        Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| MACHINERY AND SUPPLIES | 1129-000 | 180,000.00 |
| INVENTORY | 1129-000 | 75,000.00 |
| Adversary Proceeding (Pedemonte and GDP) | 1241-000 | 100,054.53 |
| Adversary Proceeding Settlement (European) | 1241-000 | 7,336.96 |
| Adversary Proceeding Settlement (Silver & Mishkin) | 1241-000 | 6,000.00 |
| Adversary Proceeding Settlement (Hayes) | 1241-000 | 5,066.04 |
| ADVERSARY (Dean Georgelos) | 1241-000 | 500.00 |
| Adversary Proceeding (Schaeffer & Assoc.) | 1241-000 | 2,000.00 |
| Settlement (Stoen) | 1241-000 | 10,200.00 |
| Post-Petition Interest Deposits | 1270-000 | 63.21 |
| ESCROW | 1280-000 | 100,000.00 |
| **TOTAL GROSS RECEIPTS** | | $ 486,220.74 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Dawson & Ozanne IOLTA | | | |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES | | | $ |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000043 | THE RECEIVERSHIP OF JASON HYATT | | | | | |
| 000039 | MICHAEL DEMNICKI | | | | | |
| 000040 | MICHAEL DEMNICKI | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| FRANCES GECKER | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| BANK OF AMERICA | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BANK OF AMERICA | | | | | |
| Bank of New York Mellon | | | | | |
| UNITED STATES TREASURY | | | | | |
| ILLINOIS DEPARTMENT OF EMPLOYMENT S | | | | | |
| ILLINOIS DEPARTMENT OF REVENUE | | | | | |
| ILLINOIS DEPT. OF REVENUE | | | | | |
| AUTOMATIC DATA PROCESSING | | | | | |
| FRANK/GECKER LLP | | | | | |
| FRANK/GECKER LLP | | | | | |
| FRANK/GECKER LLP | | | | | |
| ALAN D. LASKO & ASSOCIATES, P.C. | | | | | |
| ALAN D. LASKO & ASSOCIATES, P.C. | | | | | |
| ALAN D. LASKO & ASSOCIATES, P.C. | | | | | |
| ALAN D. LASKO & ASSOCIATES, P.C. | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| CHICAGO FINANCIAL VENTURES CORP. | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| MICHAEL DEMNICKI | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000030 | MATTHEW CHAGDES | | | | | |
| 000038 | CINDY O'DROBINAK AS RECEIVER | | | | | |
| 000023B | ILLINOIS DEPARTMENT OF REVENUE | | | | | |
| 000028C | INTERNAL REVENUE SERVICE | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | ACCIDENT FUND NATIONAL INSURANCE CO. | | | | | |
| | AMCOMP ASSURANCE CORP. | | | | | |
| | AMERICAN MASS MEDIA | | | | | |
| | AT&T | | | | | |
| | AUTOMATIC ICEMAKERS, LLC | | | | | |
| | BANNER PLUMBING | | | | | |
| | BEVINCO | | | | | |
| | BOELTER COMPANIES | | | | | |
| | BON VIVANT | | | | | |
| | CHICAGO PARTY RENTAL | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | CHICAGO REST GUIDE | | | | | |
| | CHICAGO WINE SOURCE | | | | | |
| | CINTAS CORPORATION #21 | | | | | |
| | CLEAR CHANNEL | | | | | |
| | COMED | | | | | |
| | COMMONWEALTH PACKAGING | | | | | |
| | CREAM WINE CO. | | | | | |
| | DATA WAVE | | | | | |
| | DELL BUSINESS CREDIT | | | | | |
| | DINING OUT | | | | | |
| | ECOLAB, INC. | | | | | |
| | EDWARD DON AND CO. | | | | | |
| | ELIZABETH BERGER ASSOCIATES | | | | | |
| | EUROPEAN IMPORTS LTD. | | | | | |
| | EXPERIMENTAL AGENCY | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | FEDEX | | | | | |
| | FORTUNE FISH | | | | | |
| | GARVEY'S OFFICE PRODUCTS | | | | | |
| | GOURMET SPICE CO. | | | | | |
| | GOYA FOODS INC. | | | | | |
| | H2 VINO | | | | | |
| | HAYES MECHANICAL | | | | | |
| | HERITAGE WINE CELLARS, LTD. | | | | | |
| | IMPACT GRAPHICS | | | | | |
| | J L KOPECKY LAW | | | | | |
| | JDY INC. | | | | | |
| | JUDGE AND DOLPHY LTD. | | | | | |
| | JUGOLI | | | | | |
| | LAMOZZARELLA | | | | | |
| | LIQUOR LICENSE SOLUTIONS | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | MARON STRUCTURE TECHNOLOGIES | | | | | |
| | MICKEY'S LINEN TOWEL SUPPLY | | | | | |
| | MIDWEST INDUSTRIAL LIGHTING INC. | | | | | |
| | MODERN LUXURY MAGAZINES | | | | | |
| | MOUNT HOPE WHOLESALE INC. | | | | | |
| | NATIONAL ADVERTISERS ACCOUNTING | | | | | |
| | NATIONAL BUSINESS PRODUCTS | | | | | |
| | NATIONAL RESTAURANT ASSN. | | | | | |
| | NOVOVIO WINE | | | | | |
| | OROTECTO | | | | | |
| | PEOPLES GAS | | | | | |
| | PLITT CO. | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | PROGRAM ONE | | | | | |
| | RADIANT SYSTEMS | | | | | |
| | RED HEN BREAT CORP. | | | | | |
| | REFRIGERATION SYSTEMS OF ILLINOIS | | | | | |
| | REPUBLIC OF TEA | | | | | |
| | RESTAURANT STAINLESS | | | | | |
| | RIVER EAST PLAZA, LLC | | | | | |
| | SHEQUE LLC | | | | | |
| | SHOW IT | | | | | |
| | SILVER MISHKIN | | | | | |
| | SOLEX PARTNERS | | | | | |
| | SOUND INVESTMENT | | | | | |
| | SOUTHERN WINE AND SPIRITS | | | | | |
| | STANDARD PARKING | | | | | |
| | STOLLER WHOLESALE WINES | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | SUHAIL BUTT | | | | | |
| | SUNNYSIDE BUILDERS | | | | | |
| | SUPREME LOBSTER AND SEAFOOD | | | | | |
| | SYSCO FOOD SVCS CHICAGO INC. | | | | | |
| | TEN SPEED PRESS | | | | | |
| | TESTA PRODUCE INC. | | | | | |
| | UNION BEVERAGE CO. | | | | | |
| | VINTAGE WINES LLC | | | | | |
| | VISTA PRINT USA | | | | | |
| | WABASH SEAFOOD CO. | | | | | |
| | WEAVER MULTIMEDIA GROUP | | | | | |
| | XO COMMUNICATIONS | | | | | |
| | ZEE MEDICAL INC. | | | | | |
| 000004 | ACCIDENT FUND | | | | | |
| 000017 | BOELTER COMPANIES | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000024 | BON VIVANT DISTRIBUTING | | | | | |
| 000013 | CHICAGO WINE SOURCE | | | | | |
| 000015A | DELL FINANCIAL SERVICES, LLC | | | | | |
| 000015B | DELL FINANCIAL SERVICES, LLC | | | | | |
| 000016 | ECOLAB, INC. | | | | | |
| 000002 | ELIZABETH BERGER ASSOCIATES | | | | | |
| 000020 | EMPLOYERS ASSURANCE COMPANY | | | | | |
| 000014 | GOURMET SPICE CO. | | | | | |
| 000036 | GOURMET SPICE CO. | | | | | |
| 000044 | HFR ASSET MANAGEMENT | | | | | |
| 000005A | ILLINOIS DEPARTMENT OF EMPLOYMENT S | | | | | |
| 000005B | ILLINOIS DEPARTMENT OF EMPLOYMENT S | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000005C | ILLINOIS DEPARTMENT OF EMPLOYMENT S | | | | | |
| 000023A | ILLINOIS DEPARTMENT OF REVENUE | | | | | |
| 000028A | INTERNAL REVENUE SERVICE | | | | | |
| 000028B | INTERNAL REVENUE SERVICE | | | | | |
| 000010 | J.D.Y., INC. | | | | | |
| 000007 | JUDGE AND DOLPH LTD. | | | | | |
| 000033 | JUDGE AND DOLPH LTD. | | | | | |
| 000029 | JUDITH A. ARNDT | | | | | |
| 000032 | JUDITH A. ARNDT | | | | | |
| 000008 | LEIGH COMMUNICATIONS, INC. | | | | | |
| 000009 | MODERN LUXURY MEDIA, INC. | | | | | |
| 000018 | OPENTABLE, INC | | | | | |
| 000001 | PEOPLES GAS LIGHT AND COKE CO | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000019 | PLITT COMPANY, THE | | | | | |
| 000034 | PLITT COMPANY, THE | | | | | |
| 000037 | RED HEN BREAD CORP. | | | | | |
| 000003 | RESTAURANT STAINLESS | | | | | |
| 000011 | SOUTHERN WINE & SPIRITS | | | | | |
| 000031 | SOUTHERN WINE & SPIRITS | | | | | |
| 000025 | SUHAIL INC | | | | | |
| 000035 | SYSCO FOOD SERVICES - CHICAGO, INC. | | | | | |
| 000012A | TESTA PRODUCE, INC. | | | | | |
| 000012B | TESTA PRODUCE, INC. | | | | | |
| 000042 | THE RECEIVERSHIP OF JASON HYATT | | | | | |
| 000022 | WILCOX & CHRISTOPOULOS,LLC | | | | | |
| 000027 | XEROX CORP | | | | | |
| 000021 | XO COMMUNICATIONS INC | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |